

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2021

No. 04-21-00579-CR

**ERIC URIEL SIFUENTES, ET AL,**

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 5135
Roland Andrade, Judge Presiding

# O R D E R

Sitting:     Beth Watkins, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

On December 22, 2021, appellants filed a notice of appeal of the denial of their pretrial habeas applications and an opposed emergency motion for immediate release under Texas Code of Criminal Procedure article 17.151. This court is of the tentative opinion that a serious question concerning the relief sought requires further consideration. The State may file a response to the emergency motion in this court no later than January 3, 2022.

It is so **ORDERED** on this 23rd day of December, 2021.

PER CURIAM

ATTESTED TO: _____
                   MICHAEL A. CRUZ, Clerk of Court